# Docket & File

## CRIMINAL CAUSE FOR PLEADING
## 10-CR-1026 (BMC) USA v. USMAN MALIK

**BEFORE:** MAGISTRATE JUDGE AZRACK  **DATE:** 6/13/11

**DEFENDANT'S NAME:** Usman Malik
_X_ present  ___ not present  ___ custody  ___ bail

**DEFENSE COUNSEL:** Edward McQuat
_X_ present  ___ not present  ___ CJA  _x_ RET  ___ PDA

**AUSA:** Darren Laverne  **LAW CLERK:** Brendan Palfreyman

**INTERPRETER:** None  **Language:** --

**FTR:** Tape # 1:21:00 - 1:36:00

| | |
|---|---|
| _X_ | CASE CALLED |
| _X_ | DEFENDANT: _X_ SWORN _X_ INFORMED OF RIGHTS |
| ___ | WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT |
| ___ | SUPERCEDING INDICTMENT / INFORMATION FILED |
| ___ | DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED |
| _X_ | DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT _I_ OF THE INDICTMENT |
| _X_ | COURT FINDS FACTUAL BASIS FOR THE PLEA |
| _X_ | SENTENCING SET FOR: 9/21/11 at 10 AM |
| ___ | SENTENCING TO BE SET BY PROBATION |
| ___ | BAIL: ___ SET ___ CONT'D FOR DEFT. ___ CONT'D IN CUSTODY |
| _X_ | TRANSCRIPT ORDERED FOR _____ |

**OTHER:** Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.