*Law Office of Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200                    Telefax: (718) 782-8226
                    e-mail: kellmanesq@aol.com

August 10, 2011

**BY ECF and REGULAR MAIL**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:   **U.S. v. Usman Malik**
                           10 Cr. 1026 (BMC)

Dear Judge Cogan:

    Following our appearance before Your Honor this morning, the government and PreTrial Services agreed, subject to the Court's approval, to modify Mr. Malik's curfew hours from 8am-8pm, to 11am-11pm. This modification will make it possible for Mr. Malik to work longer hours since he works in a restaurant and his services are needed more during the evening hours than during the morning.

    The Court's attention to this matter is appreciated.

                                    Respectfully submitted,

                                    *Susan G. Kellman*

                                    Susan G. Kellman

cc:   Darren LaVerne, Esq.
       Asst. United States Attorney

       Ana Lee,
       Pre-trial Services

       Usman Malik

                                                            /s/(BMC)
                    So Ordered: _____
                                    Brian M.. Cogan
                                    U.S. District Judge    8/11/11